FILE COPY



# Court of Appeals

**Seventh District of Texas**
**Potter County Courts Building**
**501 S. Fillmore, Suite 2-A**
**Amarillo, Texas 79101-2449**
**www.txcourts.gov/7thcoa.aspx**

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

September 30, 2015

Donna Christie
Attorney at Law
612 S. Van Buren
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

Randall C. Sims
District Attorney
501 S. Fillmore, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-15-00322-CR, 07-15-00323-CR
Trial Court Case Number: 69690-D, 70702-D

**Style:** Malcolm Brown v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc: Honorable Don R. Emerson (DELIVERED VIA E-MAIL)
Jill Zimmer (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)